# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

BOBBY JOE JOHNSON, JR.,
    Plaintiff

    v.                                CASE NUMBER: 05-C-701

DAVID S. SHEPHERD, KENOSHA
POLICE DEPARTMENT, DETECTIVE
RUSS BECKMAN #247, CAPTAIN RANDY
BERNER #218, KENOSHA COUNTY
DISTRICT ATTORNEYS OFFICE, DISTRICT
ATTORNEY ROBERT J. JAMBOIS, and
ASSISTANT DISTRICT ATTORNEY SHELLY J. RUSCH,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's request to proceed *in forma pauperis* be and hereby is **GRANTED**.

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (b)(2).

    **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has brought an action that was dismissed under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (b)(2).

    **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

**IT IS FURTHER ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $250.00 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

**IT IS ALSO ORDERED** that a copies of this order be sent to the warden of the institution where the inmate is confined.

**I FURTHER CERTIFY** that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) unless the plaintiff offers bonafide arguments supporting his appeal.

| October 4, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |